**FILED**

DEC 30 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONNIE LEE MOODY<br>Complainant<br>Vs<br>SIMMS, Brown, Chiba, Neu, Bliss, Clark, Trubin, John Does et al, Defendants | (No. C15 4198 JSC (PR))<br>"COURT-ORDERED FIRST AMENDED COMPLAINT" |

Respectfully yours

Submitted by  Ronnie Lee Moody  12/24/2015

## LEGAL CLAIMS

P.:

1. Plaintiff alleges that while he was waiting for treatment at
2. San Francisco General Hospital on February 6, 2015, Officer Simms
3. and Officer Brown both used excessive force against him.
4. and Officer Brown twisted Plaintiff's wrist while Officer Simms
5. viciously attacked him by hitting him in face and grabbing
6. his neck shoving fingers in his nostrills and twisting bending
7. Plaintiffs head & fingers Note Officer Simms did testify
8. in Plaintiffs Trial as he admitted to these savage behaviors
9. and misappropriate conduct towards the Plaintiff
10. Then Officers Simms came and worked day before his trial
11. appearance at San Francisco 850 Bryant St Jail where
12. Plaintiff was in Custody.
13. On March 25, 2015 Plaintiff was dragged out of his cell by
14. Officers Neu, Chiba, Trubin and Bliss even though they knew
15. he had a broken hand they stepped on his ankle, punched
16. him in the face while he was in a "safety cell" on 7th Floor
17. The next day they dragged him from "safety cell" back to his cell
18. with Officers Chiba, Neu, Bliss, Taylor, Clark and "John Does"
19. tazering, punching, kneeing, kicking and bending his fingers back-
20. wards after they knew he had a broken hand. and then
21. and then forced him up under his bed and laughed at him.
22. Refusing medical attention & taken away his pain medications
23. Plaintiff told officer ms myres about what happen and
24. she brung Plaintiff a Grievance Form and told him
25. to write it to Internal Affairs, which he did
26. and Officer myres signed the grievance and gave him
27. the Pink Copy to keep and Plaintiff later called his lawyer
28. Emily L. Dahm left messages and sent her the grievance Copy
    She advised him to finish his trial then file Civil Rights Claim
    for Money Damages.
    In which Plaintiff has done.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY<br>Complainaint<br>Vs<br>Simms, Brown, Chibu, Neu, Bliss<br>Clark, Trubin John Does et al<br>Defendants | Case No C154198 JSC (PR)<br><br>NOTICE OF CHANGE OF ADDRESS |

Ronnie Lee moody AX4388
High Desert State Prison
CTC Chrisis Bed Cell 9
P.O. Box 3030
Susanvile CA
96127-3030

Submitted by

Respectfully yours

Ronnie Lee Moody
12/24, 2015