UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RONNIE LEE MOODY, | No. 3:15-CV-04198 JSC (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SIMMS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RONNIE LEE MOODY, CDCR No. AX-4388, presently in custody at California Health Care Facility, Stockton, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: August 25, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, California Health Care Facility, Stockton

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of RONNIE LEE MOODY, CDCR No. AX-4388, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 9:00 a.m. on September 20, 2017, in order that said prisoner may then and there participate in the SETTLEMENT

1 CONFERENCE in the matter of Moody v. Simms, et al, and at the termination of said hearing return
2 him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled
3 Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said
4 prisoner at all times necessary until the termination of the proceedings for which his testimony is
5 required in this Court;

6 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
7 for the Northern District of California.

Dated: August 25, 2017

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
 Administrative Law Clerk

Dated: August 25, 2017


NANDOR J. VADAS
United S