UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE LEE MOODY,

        Plaintiff,

    v.

SIMMS, et al.,

        Defendants.

Case No.  15-cv-04198-JSC   (NJV)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on September 20, 2017, and the results of that proceeding are indicated below:

    (1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff,  Ronnie Lee Moody, Pro Se.

    (  )  Warden or warden's representative

    (  )  Office of the California Attorney General

    ( X )  Other: Deputy City Attorney, Renee Rosenblit and Sheriff's Department representative, Suzy Loftus.

    (2) The following individuals, parties, and/or representatives did not appear:

    _____

    (3)  The outcome of the proceeding was:

    ( X )  The case has been completely settled.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1  ( ) The parties are unable to reach an agreement at this time.

2  **IT IS SO ORDERED.**

3  Dated: 9/22/2017



NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY, | Case No.  15-cv-04198-JSC   (NJV) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SIMMS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie Lee Moody ID: AX-4388
Richard J. Donovan Correctional Facility
480 Alta Road
C Yard; Building 14; Cell 103up
San Diego, CA 92179

Dated: September 22, 2017

Susan Y. Soong
Clerk, United States District Court

By:_ ~signature~

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS